# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151119

DARYL R. WATERS,
          Plaintiff,

v                                                                              SC: 151119

BOARD OF LAW EXAMINERS,
          Defendant.

_____/

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



s0414

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2015



Clerk